

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-23-00110-CV

Curtis Tyrone **WILLIAMS**,
Appellant

v.

Larmetrice **NUNNALLY-WILLIAMS**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-09154
Honorable Elma T. Salinas-Ender, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are assessed against appellant Curtis Tyrone Williams.

SIGNED March 19, 2025.

_Irene Rios_
Irene Rios, Justice